# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**TIMOTHY E. TORRENCE,**

    Plaintiff,

v.                                                        No. 14-cv-0263 SMV

**CAROLYN W. COLVIN, Acting Commissioner of
Social Security Administration,**

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Unopposed Motion for an Enlargement of Time [Doc. 11], filed on June 24, 2014. Noting that the motion is unopposed and finding that Defendant has shown good cause for an extension, the Court shall grant Defendant's requested extension of time to file an Answer.

**IT IS THEREFORE ORDERED** that Defendant's deadline for filing her Answer is hereby extended until July 24, 2014.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**