IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TIMOTHY E. TORRENCE,

    Plaintiff,

v.                                                                           No. 14-cv-0263 SMV

CAROLYN W. COLVIN, Acting Commissioner of
Social Security Administration,

    Defendant.

## JUDGMENT

    Having granted Plaintiff's Motion to Reverse and Remand for Rehearing, with Supporting Memorandum [Doc. 21] by a Memorandum Opinion and Order entered concurrently herewith,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

    **IT IS SO ORDERED.**

                                                                   _____
                                                                   **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**
                                                                   **Presiding by Consent**